United States District Court
Southern District of Texas
**ENTERED**
July 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ERISBEL S., | § | |
|    "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00559 |
| | § | |
| MARKWAYNE MULLIN, *et al*., | § | |
| *in their official capacities*, | § | |
|    "Respondents." | § | |

**ORDER**

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241" (Dkt. No. 1) ("Petition") and the Magistrate Judge's "Report and Recommendation to Deny Petitioner's Habeas Petition" (Dkt. No. 12) ("R&R").

The R&R was published and sent to Petitioner by certified mail on June 2, 2026. This mail was returned as undeliverable on June 16, 2026, and objections to the R&R were thus due on June 30, 2026. Since no objections were filed to the magistrate's ruling, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 12) is **ADOPTED**. The Petition (Dkt. No. 1) is **DENIED** and the Clerk of the Court is **ORDERED** to close this case.

   SIGNED this July 1, 2026

                          Rolando Olvera
                          United States District Judge

1 / 1